PROB 12B
(7/93)

Report Date: December 13, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 28 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Charles William Wilkerson       Case Number: 2:01CR00167-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Chief U.S. District Judge

Date of Original Sentence: 3/14/2002              Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm in      Date Supervision Commenced: 3/13/2006
Furtherance of a Drug Trafficking Crime, 18 U.S.C. §
924(c)

Original Sentence: Prison - 60 Months; TSR - 36   Date Supervision Expires: 3/12/2009
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising probation officer, but no more than six tests per month, in order to confirm
      continued abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Charles Wilkerson was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Wilkerson has agreed to the proposed modifications.

Respectfully submitted,

by  *Tommy Rosser*

Tommy Rosser
U.S. Probation Officer
Date: December 13, 2006

Prob 12B
**Re: Wilkerson, Charles William**
**December 13, 2006**
**Page 2**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

12/28/06
Date